314

Buddy J. TOWNSEND *v.* STATE of Arkansas

718 S.W.2d 111

Supreme Court of Arkansas
Opinion delivered November 10, 1986

*Jeff Duty*, for appellant.

No response.

PER CURIAM. Appellant, Buddy J. Townsend, by his attorney, has filed for a rule on the clerk.

His attorney, Jeff Duty, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.